Expert Opinion

Sharon Guerra RN, MSN, BSN
8704 Sawgrass Pl NW
Albuquerque, NM 87121
Date: 01/06/2022

# Exhibit A

The following represents my expert witness report in the matter of Andrea Pankratz vs. The Board of County Commissioners for Roosevelt County. It is based on review of materials submitted to me by your office and my education and experience as an RN for 33 years. I reserve the right to amend this report if other evidence becomes available.

In preparation for this opinion I reviewed the following documents:
Wellpath Documents
Roosevelt County Detention Center Records
CCS Correct Care Solution Records
Behavioral Health Structured Progress Note
Laboratory Results from Roosevelt General Hospital
Roosevelt General Hospital Records
Covid Testing Results Screening and Testing Questionnaire
Padilla Economist Report
Records from Dr. Van Wormer

Summary of Incident

Eric Gabriel Padilla was 37 years old and died at the Roosevelt County Detention Center by suicide on November 11th, 2020. Mr. Padilla was left alone in his cell with a metal bunk bed which he used to suspension hang himself by his neck tied to the double bunk bed. On 3/18/2020 the Wellpath

Receiving Screening Form is filled out and completed. It states Eric Padilla has a history of depression, and

PLAINTIFF'S EXHIBIT 2

is on Celexa medication for the depression. He scored a 12 on the Mental Health and Suicide Risk Screening Tool. The score indicates a need to refer to mental health urgently that this is classified as an urgent need. The receiving screening tool has a check mark by suicide watch on page 8 of the form. It also indicates he's been a victim of sexual abuse. The patient's disposition is indicated as suicide watch and he needs stat placement on suicide precautions. There is also an indication listed as patient needing a mental health referral. There are also check marks for diabetes and hypertension listed under the problem section on page 7. On 3/18/2020 Celexa 20mg PO daily x 30 days is written as a providers order and also an additional antidepressant is ordered on 9/2/20 at 12:30pm Prozac 20mg every morning for 90 days (pg. 42). He also had medication orders for Lisinopril for hypertension and Lantus and Regular Insulin for diabetes. There is a large number of missed medication forms filled out for Eric Padilla though nursing doesn't state the reason why he is refusing medications.

Professional Opinion and Basis for these Opinions:
In my professional opinion the nurses involved with administering medications were negligent in providing care to Eric Padilla. Under New Mexico Law, a nurse in treating and caring for a patient is under the duty to possess and apply the knowledge while implementing the skill and care typically used by well qualified practicing nurses under similar circumstances, giving due consideration to the locality involved. A nurse who fails to do so is negligent.
There is substantial evidence that a great deal of medications were missed in the time Eric Padilla was detained at Roosevelt County Detention Center. The nurses were not giving medications properly since they did not understand the medications and why these medications were ordered. These medications are life sustaining medications to control diabetes, hypertension, and depression. The nurses also did not administer the medications that were ordered stating Eric Padilla did not show up in med line.
The nurses are also negligent since they failed to observe Eric Padilla's known self-destructive tendencies. With appropriate monitoring Eric Padilla's increasing depression would have been caught. Nurses have a duty to intervene on the patient's behalf and in this situation they should have notified the health care provider consistently regarding Eric Padilla's increasing

depression and medications that were not being administered. The nurses also did not educate Eric Padilla on his mental health issues and self-care. According to the National Commission on Correctional Health Care (2015). Mental health education involves instructions on reducing relapses, using medication effectively, medication side effects, coping with stress, coping with problems and symptoms, building social supports, advocating for effective treatments, and other information to help individuals develop personalized strategies for managing mental illness and reaching their goals. Eric Padilla was not provided this education especially in regards to the importance of his medications.

Attachments:

Attached and made part of my report are my Curriculum Vitae and below a list of cases I have testified, by deposition in the past 5 years. I have not testified during trial.

2021- Ruyle v. Interim

2020-Hamrick v. Ali

2019- Dottson330, Natalie v. USA

2018- Padilla, Chavez, Sanchez v. Presbyterian

Compensation:

My fee schedule for deposition related case work is $225 an hour. To review all materials to date and prepare this report my charges to date are $3,302.51.