# Sharon Guerra, RN, MSN, BSN, NE-BC

Albuquerque, NM 87121

sguerra659@gmail.com

(505) 453-7582


Exhibit B

## PROFESSIONAL SUMMARY

- RN professional with 33 years of experience in various settings.
- Experienced Legal Consultant with a demonstrated history of working in the hospital & health care industry.
- Skilled in Nursing Management, Nursing Education, Physician Relations, and Case Management.
- Experience in Health insurances and Utilization reviews.
- Proficient in computer skills and has excellent communication skills.

## Work Experience

### Online Adjunct Professor

Enfyime Institute - West Palm Beach, FL January 2021 to Present

- Plan, organize, and deliver nursing instruction in didactic, laboratory and/or classroom settings to promote student success within a community college setting.
- Supervise, evaluate, and mentor students in the online setting.
- Support and promote the college and departmental missions centered on excellence in teaching and learning through quality instruction, curriculum enhancement, and service.
Collaborate with department chair, faculty, and peers to evaluate, revise, and develop curriculum to cultivate the mastery of course content.
- Provide students with frequent, timely assessment of and clear feedback regarding academic performance. .
Appropriately document student progress and maintain records including attendance, grading and student learning outcomes.
- Proctor exams and participate in departmental meetings.
- Maintain appropriate office hours proportionate to the instructional assign.

### Home Healthcare Nurse

INNOVAGE LIFE CENTER - Albuquerque, NM January 2021 to Present

- Assess and chart observations of the patient's condition at each visit.
- Complete Nursing Tasks including Wound Care, Blood draws, Complete evaluation tasks, including reviewing medication and vital signs, Client education and Resolution of Safety Issues.
- Oversee LPN and HHA visits.

## Owner Sand Sage Legal Nurse Consulting

Albuquerque, NM January 2014 to Present

- Evaluating standards of care, causation, damages, and other medically related issues in medical-legal cases.
- Applying knowledge acquired through education and experience regarding applicable legal standards.
- Critical analysis of healthcare records and medical research in the areas of interest.
- Development of case-specific work product and opinions for use by legal professionals handling medical-legal cases or claims.

## Nursing Director

Bernalillo Academy, Albuquerque, NM January 2020 to November 2020

- Sequel Youth and Family Services - Albuquerque, NM January 2020 to November 2020
- Managed the day-to-day operations of the Health Services department including budgeting, staffing, planning, organizing, implementing, and evaluating best nursing practices and exudes a Servant Leadership mindset.
- Responsible for ensuring a high standard of quality medical care is provided by the nursing staff.

## Quality Assurance Manager/ Interim Nurse Manager for Grants/ Gallop Area

Compass Hospice - Albuquerque, NM April 2019 to January 2020

- Responsible for the overall clinical operation of the hospice care agency. Key responsibilities involve budgetary, management, leading the activities of the nursing team, providing clinical direction, and ensuring growth and profitability of the agency.
- Quality Assurance Oversight assisting agency to meet required regulatory standards.

## RN Case Manager

On Pointe at Home - Albuquerque, NM May 2018 to March 2019

Responsibilities included:
Patient Admissions including Oasis Expertise Patient Visits involving the Adult Population. Assisting with quality audits case management
• 22 years of supervisory experience

## Director of Nursing

Albuquerque Public Schools - Albuquerque, NM

August 2014 to May 2018

The oversight of all Albuquerque Public School Health Offices and staff. Development of all health office policy and procedures
Oversight of Flu shot clinics
oversight of Care for chronically sick students

## Clinical Nursing Instructor

CNM - Albuquerque, NM May 2005 to February 2018

Clinical and Classroom Instructor for both the Nursing Assistant Program, and RN Program.

### Nursing Director III

UNM/Carrie Tingley - Albuquerque, NM June 2006 to December 2013

Direct oversight of the Inpatient Pediatric Rehab/Orthopedic Unit within the UNM Children's Hospital.

### Nursing Director

Presbyterian Healthcare Services - Albuquerque, NM February 1995 to June 2006

• Responsible for the overall clinical operation of Multiple Medical Units including the GI Lab. Key responsibilities involve budgetary, management, leading the activities of the nursing team, providing clinical direction, and ensuring growth and profitability of the agency.

• Managed the day-to-day operations of the Medical Units, including general Medicine, Oncology and the GI Lab.

## Education

### PhD in Nursing in Nursing Education

Walden University - Albuquerque, NM

November 2018 to Present

### Master's in Nursing Administration

University of New Mexico-Main Campus - Albuquerque, NM

September 1997 to December 2000

### Bachelor's in Nursing

University at Buffalo - Buffalo, NY

August 1984 to June 1988 Skills

## Certifications and Licenses

### RN Compact License

February 1995 to April 2021

### ANCC Nurse Executive Certification

October 2010 to October 2022

### BLS Instructor Certification

February 2020-February 2022

## References Available Upon Request